ROGER L. GRANDGENETT II, ESQ., Bar # 6323
ETHAN D. THOMAS, ESQ., Bar # 12874
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811

Attorneys for Defendant
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE LEILANI WOODWARD,<br><br>        Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.; DOE DEFENDANTS I through X, inclusive; and ROE DEFENDANTS I through X, inclusive,<br><br>        Defendants. | Case No. 2:14-cv-02208-JAD-CWH<br><br>**STIPULATION AND ORDER TO CONTINUE THE EARLY NEUTRAL EVALUATION SESSION** |

Plaintiff STEPHANIE LEILANI WOODWARD ("Plaintiff") and Defendant WAL-MART STORES, INC ( "Defendant"), by and through their respective counsel of record, hereby stipulate and agree to vacate the date for the Early Neutral Evaluation (ENE) Session presently scheduled for February 25, 2015, at 10:00 a.m., before Honorable Cam Ferenbach (Doc. #7).  The parties would like to reschedule the ENE Session to a date convenient for the Court and mutually agreeable between the parties.  As such, the parties are available and propose the following dates for the Court's consideration to reschedule the ENE session:

- March 3, 2015
- March 10, 2015 (after  9:30 am)
- March 12, 2015

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

The parties further request that the confidential written evaluation statement be due one week prior to the new date of the ENE Session.

This extension is sought in good faith, and not for the purpose of undue delay.

Dated: January 21, 2015

Respectfully submitted,

/s/ Telia U. Williams
TELIA U. WILLIAMS, ESQ.
LAW OFFICE OF TELIA U. WILLIAMS

Attorneys for Plaintiff
STEPHANIE LEILANI WOODWARD

Dated: January 21, 2015

Respectfully submitted,

/s/ Ethan D. Thomas
ROGER L. GRANDGENETT II, ESQ.
ETHAN D. THOMAS, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
WAL-MART STORES, INC.

**ORDER**

IT IS SO ORDERED that the ENE Session shall be continued to March 18, 2015, at the hour of 11:00 a.m. In preparation for the ENE session, the attorneys for each party will submit a confidential written evaluation statement for the Court's in camera review one week prior to the date of the continued ENE Session, pursuant to parameters stated within ENE Order (Doc. #7).

IT IS FURTHER ORDERED that the confidential settlement statement is due by 4:00 p.m. on March 11, 2015. All else as stated in the Order scheduling the ENE (#7) remains the same.

Dated this 22nd day of Janaury, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

Firmwide:131235853.1 080000.1067

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800