ROGER L. GRANDGENETT II, ESQ., Bar # 6323
ETHAN D. THOMAS, ESQ., Bar # 12874
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:   702.862.8800
Fax No.:        702.862.8811

Attorneys for Defendant
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE LEILANI WOODWARD,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.; DOE DEFENDANTS I through X, inclusive; and ROE DEFENDANTS I through X, inclusive,<br><br>Defendants. | Case No. 2:14-cv-02208-JAD-CWH<br><br>**JOINT AND VOLUNTARY STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff, STEPHANIE LEILANI WOODWARD and Defendants, WAL-MART STORES, INC., by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON P C
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas NV 89169 5937
702 862 8800

1 | Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: May 15th, 2015

Respectfully submitted,

*[signature]*

TELIA U. WILLIAMS, ESQ.
LAW OFFICE OF TELIA U. WILLIAMS

Attorneys for Plaintiff
STEPHANIE LEILANI WOODWARD

Dated: May 15, 2015

Respectfully submitted,

*[signature]*

ROGER L. GRANDGENETT II, ESQ.
ETHAN D. THOMAS, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
WAL-MART STORES, INC.

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to close this case.

Dated: May 18, 2015.

*[signature]*

UNITED STATES DISTRICT JUDGE

2.